UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAY BRONX REALTY INC., | |
| Plaintiff, | 25-CV-7376 (RA) |
| v. | ORDER |
| ALLIANT CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

In light of Defendant's pending motion before Magistrate Judge Figueredo to extend fact discovery, the post-fact discovery conference scheduled for February 13, 2026 is hereby adjourned. The parties shall inform the Court once Magistrate Judge Figueredo has ruled on the pending motion.

SO ORDERED.

Dated:   February 12, 2026
         New York, New York

Hon. Ronnie Abrams
United States District Judge

1