# MARSHALL CONWAY BRADLEY & GOLLUB

## A PROFESSIONAL CORPORATION
### 45 BROADWAY – SUITE 740
### NEW YORK, NEW YORK 10006
TELEPHONE: (212) 619-4444
TELECOPIER:(212) 962-2647

email: mcw@mcwpc.com

| | | | |
|---|---|---|---|
| JEFFREY A. MARSHALL ** | STEPHEN P. BONA | MARIEL MERCADO-GUEVARA* | **NEW JERSEY OFFICE** |
| ROBERT J. CONWAY ** | LIZA A. CHAFIIAN | STACEY H. SNYDER* | 2500 Plaza 5 |
| CHRISTOPHER T. BRADLEY | NICOLE A. DYER | ALEXANDER M. TAIT | Harborside Financial Center |
| MICHAEL S. GOLLUBᐃ | MARIA T. EHRLICH | ANDREW S. TAYLOR | Jersey City, NJ. 07311 |
| DEBBIE-ANN MORLEY | MELISSA L. FREEDMAN | JOSHUA N. ZANZE | Telephone: (201) 521-3170 |
| | | | Telecopier: (201) 521-3180 |

**OF COUNSEL**
ANTHONY D. GRANDE*
MUFADDAL MITHAIWALA*
GREGORY McGUIRE
DYLAN J. MURPHY
STEVEN M. ZIOLKOWSKI *

ᐃADMITTED IN CT
*ADMITTED IN NY & NJ
** RETIRED

### *Via CMECF Filing*
Valerie Figueredo, Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

February 4, 2026

Application granted. The parties are advised that this matter is not referred to Magistrate Judge Figueredo. Absent such a referral, any future motions should be addressed to the undersigned.

SO ORDERED.

Hon. Ronnie Abrams
April 20, 2026

RE:    ***Clay Bronx Realty Inc., v. Atlantic Casualty Insurance Company,***
   **Southern District of New York, Case No: 1:25-cv-7376-RA**

Dear Magistrate Judge Figueredo,

   We represent Defendant, Atlantic Casualty Insurance Company ("ACIC) in this matter. Please accept this letter-motion, pursuant to Local Civil Rule 7.1(d), requesting a 90-day extension of time to complete discovery in this matter from February 7, 2026, to May 8, 2026. The original discovery completion date is February 7, 2026. This is our first request for an extension of discovery. This adjournment affects the Court's scheduled February 13, 2026, post-fact discovery conference. Please see attached proposed Revised Scheduling Order, filed with this letter-motion. Thank you.

Respectfully submitted,

/s/ *Mariel Mercado-Guevara*

Mariel Mercado-Guevara, Esq.

Enclosure

cc:    All parties via ECF Filing